**Query**    **Reports**    **Utilities**    **Help**   **What's New**

**Log Out**

BRADY,COMPLEX,PROTO,SEALDC

# U.S. District Court
## Southern District of California (San Diego)
## CRIMINAL DOCKET FOR CASE #: 3:24-cr-00904-TWR-1

Case title: USA v. Markowitz        Date Filed: 05/01/2024

Assigned to: Judge Todd W. Robinson

### Defendant (1)

| | |
|---|---|
| **Lillian Arielle Markowitz** <br> 14903511 <br> *also known as* <br> Lillian Arielle Frost | represented by **Federal Defenders** <br> Federal Defenders of San Diego <br> 225 Broadway <br> Suite 900 <br> San Diego, CA 92101-5008 <br> (619)234-8467 <br> Fax: (619)687-2666 <br> Email: cassd_ecf@fd.org <br> *TERMINATED: 06/06/2024* <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Public Defender or Community Defender Appointment* <br><br> **Jessica Janet Oliva** <br> Federal Defenders of San Diego, Inc <br> 225 Broadway |

Suite 900
San Diego, CA 92101
619-234-8467
Fax: 619-687-2666
Email: jessica_oliva@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender*
*or Community Defender*
*Appointment*

## Pending Counts

18:1343; 18:981(a)(1)(C),
982(a)(2)(A), 28:2461(c) - Wire
Fraud; Criminal Forfeiture
(1-3)

18:1028A - Aggravated Identity
Theft
(4)

## Disposition

## Highest Offense Level (Opening)

Felony

## Terminated Counts

None

## Disposition

## Highest Offense Level (Terminated)

None

## Complaints

None

## Disposition

## Plaintiff

**USA**                          represented by    **U S Attorney CR**
U S Attorneys Office Southern
District of California
Criminal Division
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov
*TERMINATED: 05/22/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant United*
*States Attorney*

**Jeffrey D. Hill**
United States Attorney
Federal Office Building
880 Front Street
Room 6293
San Diego, CA 92101-8893
619-546-7924
Email: Jeffrey.Hill@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant United*
*States Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/01/2024 | 1 | INDICTMENT as to Lillian Arielle Markowitz (1) count(s) 1-3, 4. (Attachments: # 1 Unredacted Indictment) (cc: PTS) (sjt) (Main Document 1 replaced on 5/16/2024) (sjt). (Attachment 1 |

| | | |
|---|---|---|
| | | replaced on 5/16/2024) (sjt). Modified to unseal on 5/16/2024 (sjt). (Entered: 05/02/2024) |
| 05/14/2024 | | Arrest of Lillian Arielle Markowitz in District of Oregon. (no document attached) (sjt) (Entered: 05/16/2024) |
| 05/15/2024 | 9 | Rule 5(c)(3) Documents Received as to Lillian Arielle Markowitz t/w documents and docket sheet from other district. (sjt) (Entered: 05/16/2024) |
| 05/16/2024 | 3 | MOTION to Unseal Case by USA as to Lillian Arielle Markowitz. (sjt) (Entered: 05/16/2024) |
| 05/16/2024 | 4 | ORDER granting 3 Motion to Unseal Case as to Lillian Arielle Markowitz (1). Signed by Magistrate Judge Michael S. Berg on 5/15/2024.(sjt) (Entered: 05/16/2024) |
| 05/20/2024 | 10 | Arrest Warrant Returned Executed on 5/7/2024, in case as to Lillian Arielle Markowitz, re 2 Warrant Issued. (sjt) (Entered: 05/20/2024) |
| 05/22/2024 | 11 | NOTICE OF ATTORNEY APPEARANCE Jeffrey D. Hill appearing for USA. (Hill, Jeffrey)Attorney Jeffrey D. Hill added to party USA(pty:pla) (sjt). (Entered: 05/22/2024) |
| 06/03/2024 | 12 | ORDER APPOINTING COUNSEL as to Lillian Arielle Markowitz. Attorney Federal Defenders is Provisionally appointed for Lillian Arielle Markowitz pending a hearing on 6/7/2024 01:30 PM before Judge Todd W. Robinson. (no document attached) (jao) (Entered: 06/03/2024) |
| 06/05/2024 | 14 | Rule 5(c)(3) Documents Received as to Lillian Arielle Markowitz t/w documents and docket sheet from other district. (sjt) (Entered: 06/07/2024) |
| 06/06/2024 | 13 | NOTICE OF ATTORNEY APPEARANCE: Jessica Janet Oliva appearing for Lillian Arielle Markowitz (Oliva, Jessica)Attorney Jessica Janet Oliva added to party Lillian Arielle Markowitz(pty:dft) (sjt). (Entered: 06/06/2024) |
| 06/07/2024 | 15 | Minute Entry for proceedings held before Judge Todd W. Robinson: Defendant not present; appearance waived. Bond Hearing as to Lillian Arielle Markowitz held on 6/7/2024 and |

| | | |
|---|---|---|
| | | continued to 6/14/2024 02:00 PM before Judge Todd W. Robinson. Financial affidavit due at the next hearing. Defense response shall be filed no later than close of business Tuesday 6/11/2024. Government reply may be filed no later than close of business Wednesday 6/12/2024. (Court Reporter/ECR Cami Kircher). (Plaintiff Attorney AUSA Jeffrey Hill). (Defendant Attorney Jessica Oliva, FD PROV). (PTS Thalia Duarte). (no document attached) (jao) (Entered: 06/10/2024) |
| 06/11/2024 | 16 | Defendant's Response to Government's Motion to Revoke Release Order and Detain by Lillian Arielle Markowitz (Oliva, Jessica)(sjt). Modified on 6/14/2024 (jao). (Entered: 06/11/2024) |
| 06/12/2024 | 17 | Reply to Defendant's Response to United States' Motion to Stay and Revoke Release Order and to Detain Defendant (filed as MOTION to Detain) by USA as to Lillian Arielle Markowitz. (Hill, Jeffrey) (sjt). Modified on 6/14/2024 (jao). (Entered: 06/12/2024) |
| 06/14/2024 | 21 | **DOCUMENT WITHDRAWN PER NOTICE 22 ** DECLARATION by Lillian Arielle Markowitz 16 Notice (Other) filed by Lillian Arielle Markowitz (Oliva, Jessica) modified to withdraw (sjt). (Entered: 06/14/2024) |
| 06/14/2024 | 22 | NOTICE OF WITHDRAWAL OF DOCUMENT filed by Lillian Arielle Markowitz (Oliva, Jessica) (sjt). (Entered: 06/14/2024) |
| 06/14/2024 | 23 | DECLARATION by Lillian Arielle Markowitz 16 Notice (Other) filed by Lillian Arielle Markowitz (Oliva, Jessica) (sjt). (Entered: 06/14/2024) |

| 06/14/2024 | 24 | Minute Entry for proceedings held before Judge Todd W. Robinson: Defendant not present; appearance waived. Bond Hearing as to Lillian Arielle Markowitz held on 6/14/2024. Defendant ordered to remain in custody. Findings of Fact and Order of Detention due to Defense counsel for review and signature by this Court. No future hearings set at this time, pending transfer from the District of Oregon. (Court Reporter/ECR Anne Roldan). (Plaintiff Attorney AUSA Jeffrey Hill). (Defendant Attorney Jessica Oliva, FD). (PTS Thalia Duarte). (no document attached) (jao) (Entered: 06/17/2024) |
| --- | --- | --- |
| 06/21/2024 | 25 | FINDINGS OF FACT AND ORDER OF DETENTION as to Lillian Arielle Markowitz. Signed by Judge Todd W. Robinson on 6/21/2024. (sjt) (Entered: 06/21/2024) |
| 06/21/2024 | 26 | BAIL REVIEW PACKET as to Lillian Arielle Markowitz. Report prepared by: J. Almaraz Hernandez. (Document applicable to USA, Lillian Arielle Markowitz.) (Almaraz Hernandez, J.) (Entered: 06/21/2024) |
| 06/26/2024 | 27 | Set/Reset Duty Hearings as to Lillian Arielle Markowitz: Initial Appearance & Arraignment on Indictment set for 6/26/2024 before Magistrate Judge Allison H. Goddard. (no document attached) (fjp) (Entered: 06/26/2024) |
| 06/26/2024 | 28 | Minute Entry for proceedings held before Magistrate Judge Allison H. Goddard: Arraignment on Indictment and Initial Appearance as to Lillian Arielle Markowitz (1) Count 1-3,4 held on 6/26/2024. Not Guilty plea entered. Oral proffer confirmed. The Court confirms the appointment of counsel. Financial Affidavit to be filed by 8/2/26. Bond set at No Bail. Defendant was ordered detained on 6/21/24. Rule 5 advisement provided. ( Motion Hearing/Trial Setting set for 8/9/2024 01:30 PM before Judge Todd W. Robinson.), (CD# 6/26/2024 AHG 24-1:3:36-3:49). (Plaintiff Attorney Jeffrey Hilts AUSA). (Defendant Attorney Daniela Muehielsen FD-S/A). (aje) (Entered: 06/27/2024) |
| 06/26/2024 | 29 | ***English. No Interpreter needed as to Lillian Arielle Markowitz (no document attached) (aje) (Entered: 06/27/2024) |

| 06/26/2024 | 31 | ORDER as to Lillian Arielle Markowitz: The Court orders the United States to comply with the continuing duty to disclose evidence which is favorable to the defendant as required by Brady v. Maryland, 373 U.S. 83 (1963), and its progeny. Upon finding that the government has failed to comply with this order, the Court may, as appropriate, order the production of such information, grant a continuance, impose evidentiary sanctions, or, in extreme cases, dismiss charges.. Signed by Magistrate Judge Allison H. Goddard on 6/26/24. (aje) (Entered: 06/28/2024) |
|---|---|---|
| 06/27/2024 | 30 | Notice of Assertion of Rights by Lillian Arielle Markowitz (Oliva, Jessica) (sjt). (Entered: 06/27/2024) |
| 07/02/2024 | 32 | Letter from Lillian Arielle Markowitz (sjt) (Entered: 07/02/2024) |
| 07/17/2024 | 33 | Joint MOTION for Protective Order *and for Disclosure of Records* by USA as to Lillian Arielle Markowitz. (Attachments: # 1 Draft Order)(Hill, Jeffrey) (alns). (Entered: 07/17/2024) |
| 07/19/2024 | 34 | PROTECTIVE ORDER. Signed by Judge Todd W. Robinson on 7/19/2024.(alns) (Entered: 07/19/2024) |
| 08/01/2024 | 35 | Letter from Lillian Arielle Markowitz (sjt) (Entered: 08/06/2024) |
| 08/09/2024 | 42 | Minute Entry for proceedings held before Judge Todd W. Robinson: Defendant present. Motion Hearing/Trial Setting as to Lillian Arielle Markowitz held on 8/9/2024. Nebbia Hearing set for 8/14/2024 09:00 AM in Courtroom 14A before Judge Todd W. Robinson. Expert disclosure deadline: 9/6/2024. Motions due no later than 9/13/2024; Responses due no later than 9/20/2024. Motion In Limine Hearing set for 10/4/2024 02:00 PM in Courtroom 14A before Judge Todd W. Robinson. Jury Trial set for 10/21/2024 09:00 AM in Courtroom 14A before Judge Todd W. Robinson. Time shall be excluded under the Speedy Trial Act. (Court Reporter/ECR Cami Kircher). (Plaintiff Attorney AUSA Jeffrey Hill). (Defendant Attorney Jessica Oliva, FD). (no document attached) (jao) (Entered: 08/12/2024) |

| 08/14/2024 | 43 | ORDER Setting Conditions of Release. Bond set for Lillian Arielle Markowitz (1) $30,000 secured by signatures of 2 FRAs. Signed by Judge Todd W. Robinson on 8/14/2024. (sjt) (Entered: 08/14/2024) |
|---|---|---|
| 08/14/2024 | 44 | Minute Entry for proceedings held before Judge Todd W. Robinson: Defendant present. Nebbia Hearing as to Lillian Arielle Markowitz held on 8/14/2024. Proposed surety Neal Markowitz sworn and testified. Neal Markowitz is approved as a surety. Conditions of release set; written order issued. Bond set as to Lillian Arielle Markowitz (1) $30,000 PS secured by 1 FRA now and 1 FRRA (mother) prior to release from residential treatment. Defendant ordered to participate in/complete inpatient treatment at the discretion of Pretrial Services. Bond packet to be submitted no later than 3:00PM for approval. (Court Reporter/ECR Cami Kircher). (Plaintiff Attorney AUSA Jeffrey Hill). (Defendant Attorney Jessica Oliva, FD). (PTS Allie Zekan). (no document attached) (jao) (Entered: 08/14/2024) |
| 08/14/2024 | 45 | PS Bond Filed as to Lillian Arielle Markowitz in amount of $ $30,000, (Document applicable to USA, Lillian Arielle Markowitz.) (sjt) (Additional attachment(s) added on 8/15/2024: # 1 Supplement Witness Signatures) (jao). (Entered: 08/14/2024) |
| 08/14/2024 | 46 | ABSTRACT OF ORDER Releasing Lillian Arielle Markowitz re 45 Bond. (sjt) (Entered: 08/14/2024) |
| 09/06/2024 | 47 | Joint MOTION to Continue *Trial & Exclude Time Under the Speedy Trial Act* by USA as to Lillian Arielle Markowitz. (Hill, Jeffrey) (sjt). (Entered: 09/06/2024) |
| 09/06/2024 | 48 | NOTICE OF HEARING as to Defendant Lillian Arielle Markowitz. Motion Hearing re Joint MOTION to Continue Trial & Exclude Time Under the Speedy Trial Act (ECF 47 ) set for 9/13/2024 01:30 PM in Courtroom 14A before Judge Todd W. Robinson. (no document attached) (jao) (Entered: 09/06/2024) |
| 09/13/2024 | 49 | Minute Entry for proceedings held before Judge Todd W. Robinson: Defendant present on bond. Motion Hearing as to Lillian Arielle Markowitz held on 9/13/2024. Joint MOTION to |

| | | |
|---|---|---|
| | | Continue Trial & Exclude Time Under the Speedy Trial Act 47 filed by USA - Granted in part. The currently set Jury Trial date is vacated. Motion In Limine Hearing set for 10/4/2024 02:00 PM in Courtroom 14A before Judge Todd W. Robinson is converted to a Status Hearing. Time shall be excluded under the Speedy Trial Act. Joint stipulation re case complex determination due no later than close of business 9/18/2024. Supplemental bond (w/second surety) filed. (Court Reporter/ECR Cami Kircher). (Plaintiff Attorney AUSA Jeffrey Hill, Mar Pletcher). (Defendant Attorney Jessica Oliva, FD). (no document attached) (jao) (Entered: 09/16/2024) |
| 09/13/2024 | 50 | PS Bond Filed as to Lillian Arielle Markowitz in amount of $ $30,000, Signed by Judge Todd W. Robinson. (Document applicable to USA, Lillian Arielle Markowitz.) (sjt) (Entered: 09/16/2024) |
| 09/19/2024 | 51 | ORDER granting 47 Motion to Declare Complex Case and Exclude Time as to Lillian Arielle Markowitz (1). Signed by Judge Todd W. Robinson on 9/19/2024.(sjt) (Entered: 09/19/2024) |
| 10/04/2024 | 52 | Minute Entry for proceedings held before Judge Todd W. Robinson: Defendant present on bond.Status Hearing as to Lillian Arielle Markowitz held on 10/4/2024. Motion Hearing/Trial Setting set for 1/17/2025 01:30 PM in Courtroom 14A before Judge Todd W. Robinson. Time shall be excluded under the Speedy Trial Act. Request to Modify Conditions of Release taken under submission pending approval of notification by PTS. (Court Reporter/ECR Cami Kircher). (Plaintiff Attorney AUSA Jeffrey Hill, Mark Pletcher). (Defendant Attorney Jessica Oliva, FD). (PTS Taylor Seiss). (no document attached) (jao) (Entered: 10/07/2024) |
| 10/07/2024 | 53 | MODIFIED ORDER Setting Conditions of Release. Signed by Judge Todd W. Robinson on 10/7/2024. (jms) (Entered: 10/07/2024) |